Quinn, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STAUBITZ, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 20, 1914.) Action by Henry C. Staubitz against the International Railway Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that the verdict is contrary to and against the weight of the evidence on the question of defendant's negligence.

KRUSE, P. J., and ROBSON, J., dissent.

STEGER & SONS PIANO MFG. CO., Respondent, v. MUSICAL COURIER CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by the Steger & Sons Piano Manufacturing Company against the Musical Courier Company and others. E. A. Alexander, of New York City, for appellants. C. McMillan, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendants to withdraw demurrers and to answer on payment of costs in this court and in the court below. Order filed.

STEM v. WARREN et al. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by Allen H. Stem against Whitney Warren and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 161 App. Div. 536, 146 N. Y. Supp. 591.

STEMMERMAN, Respondent, v. KELLY, Appellant. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by William C. Stemmerman against William Kelly. L. L. Kellogg, of New York City, for appellant. H. B. Johnson, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 150 App. Div. 735, 135 N. Y. Supp. 827.

STEWART, Respondent, v. NEWBURY et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 17, 1914.) Action by Alexander Stewart against Herbert A. Newbury and others. No opinion. Judgment and order unanimously affirmed, with costs. Motion for rehearing or for leave of appeal denied, in 147 N. Y. Supp. 1144.

STEWART, Respondent, v. NEWBURY et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Action by Alexander Stewart against Herbert A. Newbury and others. No opinion. Motion for reargument or for leave to appeal to the Court of Appeals denied. For former decision, see 147 N. Y. Supp. 1144.

STINNER v. UNION RY. CO. OF NEW YORK CITY. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by John C. Stinner against the Union Railway Company of New York City. No opinion. Application granted. Order signed.

STUART, Appellant, v. NORTHRUP, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 6, 1914.) Action by Malvina Stuart against Mrs. Gilbert Northrup.

PER CURIAM. Judgment of County Court reversed, and judgment of Justice's Court reinstated, with costs to appellant in this court and in County Court. Held, that the defendant, not having given the undertaking as required by section 2952 of the Code of Civil Procedure, was precluded in her defense from drawing the title in question. Section 2955, Code of Civil Procedure.

SULLIVAN v. KNAUTH et al. (Supreme Court, Appellate Division, First Department. April 9, 1914.) Action by Joseph Sullivan against Wilhelm Knauth and others. No opinion. Motion granted. Order filed.

SULLY, Respondent, v. TIFFANY & CO., Appellants. (Supreme Court, Appellate Division, First Department. April 17, 1914.) Action by Emma F. Sully against Tiffany & Co. C. A. Jayne, of New York City, for appellants. J. J. Lordan, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 158 App. Div. 931, 143 N. Y. Supp. 1145; 147 N. Y. Supp. 1088.

SUTHERLAND, Respondent, v. SUTHERLAND et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 6, 1914.) Action by Charles H. Sutherland against Sarah E. Sutherland and another. No opinion. Order affirmed, without costs.

SWART, Respondent, v. LITTLE FALLS FIBRE CO., Appellant. (Supreme Court, Appellate Division, Third Department, May 6, 1914.) Action by Abram B. Swart, Jr., an infant, by Margaret Swart, his guardian ad litem, against the Little Falls Fibre Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 147 N. Y. Supp. 1144.

SWART, Respondent, v. LITTLE FALLS FIBRE CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 21, 1914.) Action by Abram Swart, Jr., an infant, by Margaret Swart, his guardian ad litem, against the Little Falls Fibre Company. No opinion. Motion denied. See, also, 147 N. Y. Supp. 1144.

SWETMAN v. NEW YORK STATE RYS. (Supreme Court, Appellate Division, Fourth Department. April 29, 1914.) Action by Hedley Swetman against the New York State Railways. No opinion. Motion granted and appeal dismissed, with costs.

TAGGART, Respondent, v. SOLVAY PROCESS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 13,

1914.) Action by Alba Taggart against the Solvay Process Company. No opinion. Judgment and order affirmed, with costs.

TAYLOR, Appellant, v. FENN, Respondent. (Supreme Court, Appellate Division, Fourth Department. April 1, 1914.) Action by Frank Taylor against Lily B. M. Fenn, as executrix, etc.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Rehearing denied, 147 N. Y. Supp. 1145.

KRUSE, P. J., dissents.

TAYLOR, Appellant, v. FENN, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 6, 1914.) Action by Frank Taylor against Lily B. M. Fenn, as executrix, etc. No opinion. Motion for reargument denied, with $10 costs. For former decision, see 147 N. Y. Supp. 1145.

TAYLOR, Respondent, v. KING, Appellant. (Supreme Court, Appellate Division, Second Department. April 17, 1914.) Action by Oscar R. Taylor against Hiter King.

PER CURIAM. There was no laches shown which should deprive the defendant of a bill of particulars. Tilton v. Gans, 155 App. Div. 612, 140 N. Y. Supp. 782. The allegation of the complaint as to the nature of the contract and the damages recoverable were such as to entitle the defendant to a bill of particulars under appropriate conditions. The order is therefore reversed, with $10 costs and disbursements, and the motion for a bill of particulars granted, without costs.

TEETER v. DANIEL (two cases). (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Sidney M. Teeter against Anna K. Daniel.

PER CURIAM. The stay in this case can be continued until the entry of the order determining the appeal from the order of the Special Term denying the motion to send the issues of this case to trial before a jury, upon condition that the appeal from such order be argued or submitted on May 1st. The appellant can also have in this court the original papers upon which the other orders were granted, and submit the appeal from those orders on the same day without printing the papers on appeal. No costs of this application.

THEILE v. DILL. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by William Theile against Samuel J. Dill. No opinion. Motion denied, with $10 costs. Order filed. See, also, 147 N. Y. Supp. 1145.

THEILE, Respondent, v. DILL, Appellant. (Supreme Court, Appellate Division, First Department. May 1, 1914.) Action by William Theile against Samuel J. Dill. S. P. Anderton, of New York City, for appellant. J. A. Allen, of New York City, for respondent. No opinion. Determination affirmed, with costs. Order filed. See, also, 147 N. Y. Supp. 1145.

THEILE, Respondent, v. UNITED GAS & ELECTRIC CORPORATION, Appellant. (Supreme Court, Appellate Division, First Department. May 1, 1914.) Action by William Theile against the United Gas & Electric Corporation. S. P. Anderton, of New York City, for appellant. J. A. Allen, of New York City, for respondent. No opinion. Determination affirmed, with costs. Order filed. See, also, 147 N. Y. Supp. 1145.

THEILE v. UNITED GAS & ELECTRIC CORPORATION. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by William Theile against the United Gas & Electric Corporation. No opinion. Motion denied, with $10 costs. Order filed. See, also, 147 N. Y. Supp. 1145.

THOMPSON, Appellant, v. BAILY et al., Respondents. (Supreme Court, Appellate Division, First Department. May 29, 1914.) Action by Frank A. Thompson against George W. Baily and others. W. P. McKown, of New York City, for appellant. J. R. Abney, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

THOMPSON, Respondent, v. LEVERING & GARRIGUES CO., Appellant. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by Agnes Thompson, as administratrix, etc., against the Levering & Garrigues Company. F. V. Johnson, of New York City, for appellant. R. Gillette, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 155 App. Div. 554, 140 N. Y. Supp. 769.

TORREY, Respondent, v. DAY et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 24, 1914.) Action by Frank B. Torrey, as executor of and trustee under the last will and testament of Edward Warren Day, deceased, against Elbert H. Day and others. No opinion. Motion granted, without prejudice to the right of appellants to hereafter raise the point now presented in opposition. See, also, 81 Misc. Rep. 39, 141 N. Y. Supp. 814.

TORTORELLI, Respondent, v. BRONX CUT STONE CO., Appellant. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Frank Tortorelli against the Bronx Cut Stone Company. J. B. Henney, of New York City, for appellant. F. Grady, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

TOWN v. DUNKIRK PRINTING CO. (Supreme Court, Appellate Division, Fourth Department. March 11, 1914.) Action by Mary L. Town against the Dunkirk Printing Company. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the verdict, with costs. Leave to appeal to Court of Appeals denied, 147 N. Y. Supp. 1146.